UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VAUGHN CAMPBELL,

                Plaintiff,

-against-

COMMISSIONER ANTHONY ANNUCCI, ET AL.,

                Defendants.

23-CV-6915 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 9, 2023, the Court directed Plaintiff, within 30 days, either to pay the $402.00 in fees required to file a civil action in this court, or to submit a completed request to proceed *in forma pauperis* (IFP) and prisoner authorization form. That order specified that failure to comply would result in dismissal without prejudice of the complaint. Plaintiff has not paid the fees or filed an IFP application and prisoner authorization. Accordingly, the complaint is dismissed without prejudice and without charge. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:   September 14, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge