UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAUGHN CAMPBELL,<br><br>                              Plaintiff,<br><br>         -against-<br><br>COMMISSIONER ANTHONY ANNUCCI, ET AL.,<br><br>                              Defendants. | 23-CV-6915 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 14, 2023
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                         Chief United States District Judge